IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Crim. No. SAG-20-0017 |
| ) | |
| ROBERT HANKARD, ) | |
| ) | |
| Defendant ) | |

**NOTICE**

Pursuant to Standing Order 2023-03, the Office of the Federal Public Defender has reviewed the Defendant's pro se motion seeking a reduced sentence under 18 U.S.C. § 3582(c)(2) based on the retroactive application of Amendment 821. This Office will not be filing a supplement to the pro se motion.

Respectfully submitted,

JAMES WYDA
Federal Public Defender for the District of Maryland

 /s/ Sapna Mirchandani
SAPNA MIRCHANDANI
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 344-0600
sapna_mirchandani@fd.org